UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-21066-CV-DIMITROULEAS

GASPAR-MENDEZ, Mateo
Alien Number: 221-447-437,

    Petitioner,

v.

PAMELA BONDI, U.S. Attorney General
KRISTI NOEM, U.S.
Secretary of Homeland Security ("DHS"),
TODD LYONS, Acting
Director U.S. Immigration and Customs
Enforcement,
JUAN AGUDELO, Acting Miami Field
Office Director,
Warden of Krome North Service
Processing Center,
IN THEIR OFFICIAL
CAPACITIES,

    Respondents.
_____/

## ORDER REQUIRING EXPEDITED RESPONSE FROM RESPONDENTS

**THIS CAUSE** is before the Court on Petitioner Mateo Gaspar-Mendez ("Petitioner")'s Petition for Writ of Habeas Corpus (the "Petition") [DE 1], filed February 18, 2026. The Court has considered the Petition [DE 1] and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. No later than **February 25, 2026**, Respondents shall file a response to the Petition. Petitioner may file a reply on or before March 4, 2026.

2. The Clerk is **DIRECTED** to send this Order to the addresses below.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 18th day of February, 2026.

*[Signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record
Email: usafls-immigration@usdoj.gov
Email: usafls-2255@usdoj.gov